MARGARET DUFFY, Respondent, *v.* YELLOW ALBANY CAB Co., INC., Appellant.

(Argued April 14, 1931; decided May 12, 1931.)

632

*Werner H. Pigors* and *Nathan M. Medwin* for appellant.
*John M. Schneider* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.